UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Stephen T. Ensign and Laura A. Ensign**

Debtor(s)

**U.S. Bank National Association, as trustee**
Moving Party

**Stephen T. Ensign**
**Laura A. Ensign**
Responding Party

Case No. **16-30920-pcm7**

RECORD OF PROCEEDING

Judge: **Randall L. Dunn**

Docket # of Motion 10

DATE OF HEARING: **04/19/2016**

**JESSE A BAKER** ✓ ____ no appearance
Attorney for Moving Party

**IN PRO PER** ✓ ____ no appearance
Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.    ____ Written stipulation (to be) filed.
____ Order based on oral stipulation to be lodged.

____ Hearing is continued to _____ at _____ in _____ or ____ telephone hearing for:

  ____ Continued preliminary hearing ____ final hearing ____ stay remains in effect.
  ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
  ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
  ____ Movant waives 30 day rule.
  ____ Noticed in Court.   ____ Send notice
____ Off calendar; may be reset at request of either party/Movant only(30 day rule waived).

____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____.

  ____ No foreclosure sale before _____.
____ Movant may submit an order regarding termination of stay/on _____ days written notice of default to
debtor and debtor's counsel in the event that:
  ____ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within
      _____ days of the date of this hearing.
  ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
  ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
  ____ Debtor fails to file modified plan of reorganization within _____ days of the date of this hearing.
  ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
  ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
  If NO, findings: _____

✓ OTHER: *Last time paymt was made on trust deed was 2011.*

**COURT GRANTED RFS for cause.**

ISSUES TO BE TRIED

____ Is Cure Proposal Realistic?   ____ Amount of arrears   ____ Valuation   ____ Adequate Protection

____ Other(specify) _____

Case 16-30920-pcm7    Doc 14    Filed 04/19/16