Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br>Stephen T. Ensign,<br>Laura A. Ensign,<br>            Debtors. | ) Bankruptcy Case<br>) No. 16-30920-tmb7<br>)<br>) ORDER GRANTING RELIEF FROM THE<br>) AUTOMATIC STAY (U.S. Bank<br>) National Association, as Trustee) |

Based upon the record of the hearing held April 19, 2016, on the Notice and Motion for Relief from Automatic Stay ("Motion") filed by the creditor (Docket No. 10), it is

ORDERED that the Motion hereby is GRANTED for cause under 11 U.S.C. § 362(d)(1).

###

cc: Stephen T. Ensign
    Laura A. Ensign
    Jesse A. Baker
    Stephen P. Arnot

Page 1 - ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY