```
                          United States Bankruptcy Court
                               District of Oregon
```

In re:                                                    Case No. 16-30920-tmb
Stephen T. Ensign                                         Chapter 7
Laura A. Ensign
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0979-3         User: Admin.           Page 1 of 1        Date Rcvd: Apr 22, 2016
                             Form ID: pdf018        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2016.
db/jdb         +Stephen T. Ensign,    Laura A. Ensign,    POB 564,    Forest Grove, OR 97116-0564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2016 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Stephen T. Ensign,<br>Laura A. Ensign,<br><br>                    Debtors. | ) Bankruptcy Case<br>) No. 16-30920-tmb7<br>)<br>) ORDER GRANTING RELIEF FROM THE<br>) AUTOMATIC STAY (U.S. Bank<br>) National Association, as Trustee) |

       Based upon the record of the hearing held April 19, 2016, on the Notice and Motion for Relief from Automatic Stay ("Motion") filed by the creditor (Docket No. 10), it is

       ORDERED that the Motion hereby is GRANTED for cause under 11 U.S.C. § 362(d)(1).

                                    ###

cc:   Stephen T. Ensign
       Laura A. Ensign
       Jesse A. Baker
       Stephen P. Arnot

Page 1 - ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY