Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
District of Oregon

| | | |
|---|---|---|
| In re | ) | Case No. 16-30920-tmb7 |
| Stephen T. Ensign | ) | |
| Laura A. Ensign | ) | ORDER VACATING ORDER |
| | ) | GRANTING RELIEF FROM STAY |
| Debtor(s) | ) | |

The court having determined that due to clerical error, an incorrect Order Granting Relief From Stay was entered on 4/22/2016 at Docket #19, now, therefore,

IT IS ORDERED that the above Order Granting Relief From Stay is vacated, and

IT IS FURTHER ORDERED the Order Granting Relief From Stay entered on 4/22/2016 at Docket #20 is the correct Order Granting Docket #10 Notice and Motion for Relief From Stay Filed by Creditor U.S. Bank National Association, as trustee.

# # #