```
                            United States Bankruptcy Court
                                  District of Oregon
```

In re:                                                      Case No. 16-30920-tmb
Stephen T. Ensign                                           Chapter 7
Laura A. Ensign
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0979-3          User: Admin.          Page 1 of 1          Date Rcvd: May 17, 2016
                              Form ID: pdf018       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2016.
db              +Stephen T. Ensign,   POB 564,   Forest Grove, OR 97116-0564

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2016 at the address(es) listed below:
NONE.                                                                                             TOTAL: 0

Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
District of Oregon

| | | |
|---|---|---|
| In re | ) | Case No. 16-30920-tmb7 |
|  Stephen T. Ensign | ) | |
|  Laura A. Ensign | ) | ORDER VACATING ORDER |
| | ) | GRANTING RELIEF FROM STAY |
| Debtor(s) | ) | |

    The court having determined that due to clerical error, an incorrect Order Granting Relief From Stay was entered on 4/22/2016 at Docket #19, now, therefore,

    IT IS ORDERED that the above Order Granting Relief From Stay is vacated, and

    IT IS FURTHER ORDERED the Order Granting Relief From Stay entered on 4/22/2016 at Docket #20 is the correct Order Granting Docket #10 Notice and Motion for Relief From Stay Filed by Creditor U.S. Bank National Association, as trustee.

# # #